IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN SAVOY, | : | |
| Petitioner | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS MCGINLEY, et al., | : | No. 20-773 |
| Respondents | : | |

### ORDER

AND NOW, this 13th day of October, 2021, upon careful and independent consideration of *pro se* Petitioner Steven Savoy's Petition for Writ of Habeas Corpus (Doc. No. 1), the Respondents' Response to the Petition (Doc. No. 10), Magistrate Judge Richard A. Lloret's Report and Recommendation (Doc. No. 12), and Mr. Savoy's Objection to the Report and Recommendation (Doc. No. 15), consistent with the accompanying Memorandum it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DISMISSED** with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case **CLOSED**, including for statistical purposes.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1